AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana  [▾]

WILLIAM BARNHOUSE,
*Plaintiff*
v.
CITY OF MUNCIE, et al.,
*Defendant*

)
)
)
)
)
)

Case No.   1:19-cv-00958-TWP-DLP

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OFFICER TODD                                                                            .

Date:     04/04/2019

/s/ Joseph W. Smith
*Attorney's signature*

Joseph W.  Smith (#29663-64)
*Printed name and bar number*
Knight, Hoppe, Kurnik & Knight, Ltd.
833 W. Lincoln Highway, Suite 340E
Schererville, IN 46375

*Address*

Jsmith@khkklaw.com
*E-mail address*

(219) 322-0830
*Telephone number*

(219) 322-0834
*FAX number*