## AFFIDAVIT OF SERVICE

| Case:<br>1:19-CV-00958-TWP-DLP | Court:<br>United States Court for the Southern District of Indiana, Indianapolis Division | County:<br>Marion, IN | Job:<br>3208295 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>William Barnhouse | | Defendant / Respondent:<br>City of Muncie, et al.' | |
| Received by:<br>Hoosier Process Service, LLC | | For:<br>Loevy & Loevy | |
| To be served upon:<br>Carl Sobieralski | | | |

I, Jon Robb, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Carl Sobieralski, 7442 Giroud Dr, Indianapolis, IN 46259
Manner of Service:          Personal/Individual, Mar 29, 2019, 7:58 pm EDT
Documents:                  Summons in a Civil Action, Complaint

Additional Comments:
1) Unsuccessful Attempt: Mar 27, 2019, 7:22 pm EDT at 7442 Giroud Dr, Indianapolis, IN 46259
Knocked on the door, no answer. Dog inside indicates property is occupied.

2) Successful Attempt: Mar 29, 2019, 7:58 pm EDT at 7442 Giroud Dr, Indianapolis, IN 46259 received by Carl Sobieralski. Ethnicity: Caucasian; Gender: Male; Weight: 280; Height: 6'; Hair: Gray;

_____        03/29/2019
Jon Robb                         Date

Hoosier Process Service, LLC
Indianapolis, IN 46260
317-829-0420