AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| WILLIAM BARNHOUSE, | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:19-CV-00958-TWP-DLP |
| CITY OF MUNCIE, et al.' | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joseph Todd
1008 S. Buckingham Rd.
Yorktown, IN 47396

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Danielle Hamilton
Loevy & Loevy
311 N. Aberdeen St, Third FL
Chicago, IL 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date: 3/20/2019            BY: _____
                                Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-00958-TWP-DLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph Todd
1008 S. Buckingham Rd
Yorktown, IN 47396
was received by me on *(date)* 3/28/19

☑ I personally served the summons on the individual at *(place)*
1008 S. Buckingham Rd Yorktown, IN 47396     on *(date)* 3/28/19 @ 6:16pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*     , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*     , who is designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*     ; or

☐ I returned the summons unexecuted because     ; or

☐ Other *(specify):*

My fees are $     for travel and $     for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   3/29/19

*Wendy Peckinpaugh*
*Server's signature*

Wendy Peckinpaugh
*Printed name and title*

501 W Memeorial Drive PMB: 3681
Muncie, IN47302
*Server's address*

Additional information regarding attempted service, etc:

DOCUMENTS SERVED: SUMMONS
IN A CIVIL ACTION, COMPLAINT

Approximate Description of Receipiant : w/m/55/6'2"/190#/gray hair and mustache