AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| William Barnhouse, )<br>*Plaintiff* )<br>v. )<br>City of Muncie, et al., )<br>*Defendant* ) | Case No. 1:19-cv-00958-TWP-DLP |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Muncie, Fonda King, Steve Stewart, Steve Blevins, Donald Bailey and Terry Winters.

Date: 04/15/2019

/s/ Elizabeth A. Knight
*Attorney's signature*

Elizabeth A. Knight (#11865-45)
*Printed name and bar number*
Knight, Hoppe, Kurnik & Knight, Ltd.
833 W. Lincoln Highway, Suite 340E
Schererville, IN 46375

*Address*

Eknight@khkklaw.com
*E-mail address*

(219) 322-0830
*Telephone number*

(219) 322-0834
*FAX number*