# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| William Barnhouse, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-00958-TWP-DLP |
| City of Muncie, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Muncie, Fonda King, Steve Stewart, Steve Blevins, Donald Bailey and Terry Winters .

Date: 04/15/2019

/s/ Byron D. Knight
*Attorney's signature*

Byron D. Knight (#11888-45)
*Printed name and bar number*
Knight, Hoppe, Kurnik & Knight, Ltd.
833 W. Lincoln Highway, Suite 340E
Schererville, IN 46375

*Address*

Bknight@khkklaw.com
*E-mail address*

(219) 322-0830
*Telephone number*

(219) 322-0834
*FAX number*