# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| William Barnhouse,<br>*Plaintiff*<br>v.<br>City of Muncie, et al.,<br>*Defendant* | )<br>)<br>)  Case No. 1:19-cv-00958-TWP-DLP<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Muncie, Fonda King, Steve Stewart, Steve Blevins, Donald Bailey and Terry Winters .

Date: 04/15/2019

/s/ Katlyn M. Christman
*Attorney's signature*

Katlyn M. Christman (#34670-64)
*Printed name and bar number*
Knight, Hoppe, Kurnik & Knight, Ltd.
833 W. Lincoln Highway, Suite 340E
Schererville, IN 46375

*Address*

Kchristman@khkklaw.com
*E-mail address*

(219) 322-0830
*Telephone number*

(219) 322-0834
*FAX number*