1200/18-7152.S/kmc/bja

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BARNHOUSE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF MUNCIE, FONDA KING, STEVE ) <br> STEWART, GORDON WATTERS, OFFICER ) <br> TODD, STEVE BLEVINS, DONALD ) <br> BAILEY, TERRY WINTERS, CARL ) <br> SOBIERALSKI, AS-YET UNIDENTIFIED ) <br> MUNCIE POLICE OFFICERS, and AS-YET ) <br> UNIDENTIFIED EMPLOYEES OF THE ) <br> INDIANA STATE POLICE CRIME LAB, ) <br> ) <br> Defendants. ) | Cause No.: 1:19-CV-00958-TWP-DLP |

**NOTICE OF AUTOMATIC INITIAL**
**EXTENSION TO FILE RESPONSIVE PLEADING**

COME NOW, Defendants, CITY OF MUNCIE, FONDA KING, OFFICER TODD, STEVE BLEVINS, DONALD BAILEY, and TERRY WINTERS, by and through one of their attorneys, KATLYN M. CHRISTMAN (#34670-64) of KNIGHT, HOPPE, KURNIK & KNIGHT, LTD., and hereby notify and indicate to the Court that an automatic initial extension of time of twenty-eight (28) days is hereby sought to file a responsive pleading to Plaintiff's Complaint.

The deadlines for each Defendant to respond have not been previously extended. These extensions of time are for twenty-eight (28) days with respect to each deadline. These extensions do not interfere with the Case Management Plan, scheduled hearings, or other case deadlines. Based on information and belief, the original responsive pleading deadlines are as follows:

1