1200/18-7152.S/kmc/bja

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BARNHOUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:19-CV-00958-TWP-DLP |
| | ) |
| CITY OF MUNCIE, FONDA KING, STEVE STEWART, GORDON WATTERS, OFFICER TODD, STEVE BLEVINS, DONALD BAILEY, TERRY WINTERS, CARL SOBIERALSKI, AS-YET UNIDENTIFIED MUNCIE POLICE OFFICERS, and AS-YET UNIDENTIFIED EMPLOYEES OF THE INDIANA STATE POLICE CRIME LAB, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF AUTOMATIC INITIAL**
**EXTENSION TO FILE RESPONSIVE PLEADING**

COME NOW, Defendants, CITY OF MUNCIE, FONDA KING, OFFICER TODD, STEVE BLEVINS, DONALD BAILEY, and TERRY WINTERS, by and through one of their attorneys, KATLYN M. CHRISTMAN (#34670-64) of KNIGHT, HOPPE, KURNIK & KNIGHT, LTD., and hereby notify and indicate to the Court that an automatic initial extension of time of twenty-eight (28) days is hereby sought to file a responsive pleading to Plaintiff's Complaint.

The deadlines for each Defendant to respond have not been previously extended. These extensions of time are for twenty-eight (28) days with respect to each deadline. These extensions do not interfere with the Case Management Plan, scheduled hearings, or other case deadlines. Based on information and belief, the original responsive pleading deadlines are as follows:

1

CITY OF MUNCIE: April 29, 2019

FONDA KING: April 18, 2019

OFFICER TODD: April 18, 2019

STEVE BLEVINS: April 29, 2019

DONALD BAILEY: April 26, 2019

TERRY WINTERS: April 26, 2019.

Therefore, pursuant to Local Rule 6-1(b), the responsive pleadings, pursuant to the automatic extensions, are due on or before the following dates:

CITY OF MUNCIE: May 27, 2019

FONDA KING: May 16, 2019

OFFICER TODD: May 16, 2019

STEVE BLEVINS: May 27, 2019

DONALD BAILEY: May 24, 2019

TERRY WINTERS: May 24, 2019.

Counsel for Plaintiff, Danielle Hamilton, has been contacted and does not object to the above-mentioned extensions of time.

Respectfully submitted,

/s/ Katlyn M. Christman
KATLYN M. CHRISTMAN (#34670-64)

**KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.**
Attorney for Defendants, CITY OF MUNCIE, FONDA KING, STEVE STEWART, STEVE BLEVINS, DONALD BAILEY and TERRY WINTERS
833 West Lincoln Highway, Suite 340E
Schererville, IN  46375
219/322-0830; FAX: 219/322-0834
Email:  Kchristman@khkklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, the foregoing **NOTICE OF AUTOMATIC INITIAL EXTENSION TO FILE RESPONSIVE PLEADING** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

- **Katlyn M. Christman**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  kchristman@khkklaw.com,balexander@khkklaw.com
- **Heather Lewis Donnell**
  LOEVY & LOEVY
  heather@loevy.com,heather.lewis@aya.yale.edu,israa@loevy.com
- **Danielle O. Hamilton**
  LOEVY & LOEVY
  hamilton@loevy.com,tierra@loevy.com
- **Byron D. Knight**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  bknight@khkklaw.com
- **Elizabeth A. Knight**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  eknight@khkklaw.com,kmeyer@khkklaw.com
- **Arthur Loevy**
  LOEVY & LOEVY
  arthur@loevy.com,docket@loevy.cim,jon@loevy.com
- **Jonathan I. Loevy**
  LOEVY & LOEVY
  jon@loevy.com,docket@loevy.com
- **Joseph W. Smith**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  jsmith@khkklaw.com, Dbotma@khkklaw.com

**Manual Notice:**

None.

                                                /s/ Katlyn M. Christman

19-04-15 Not of Auto Initial Ext of Time 7152