# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| William Barnhouse )<br>*Plaintiff* )<br>v. )<br>City of Muncie, et al. )<br>*Defendant* ) | Case No. 1:19-cv-00958-TWP-DLP |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gordon Watters.

Date: 05/13/2019

/s/ Joseph W. Smith
*Attorney's signature*

Joseph W. Smith (#30517-64)
*Printed name and bar number*
Knight, Hoppe, Kurnik & Knight, Ltd.
833 West Lincoln Highway, Suite 340E
Schererville, IN  46375

*Address*

Jsmith@khkklw.com
*E-mail address*

(219) 322-0830
*Telephone number*

(219) 322-0834
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, the foregoing **APPEARANCE OF COUNSEL** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

- **Katlyn M. Christman**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  kchristman@khkklaw.com,balexander@khkklaw.com
- **Heather Lewis Donnell**
  LOEVY & LOEVY
  heather@loevy.com,heather.lewis@aya.yale.edu,israa@loevy.com
- **Danielle O. Hamilton**
  LOEVY & LOEVY
  hamilton@loevy.com,tierra@loevy.com
- **Byron D. Knight**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  bknight@khkklaw.com
- **Elizabeth A. Knight**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  eknight@khkklaw.com,kmeyer@khkklaw.com
- **Arthur Loevy**
  LOEVY & LOEVY
  arthur@loevy.com,docket@loevy.cim,jon@loevy.com
- **Jonathan I. Loevy**
  LOEVY & LOEVY
  jon@loevy.com,docket@loevy.com
- **Joseph W. Smith**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  jsmith@khkklaw.com, Dbotma@khkklaw.com

**Manual Notice:**

None.

/s/ Joseph W. Smith

19-05-13 Appearance JWS 7152