IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WILLIAM BARNHOUSE,
    Plaintiff,                                    CASE NO. 1:19-cv-00958-TWP-DLP

v.

CITY OF MUNCIE,
FONDA KING, STEVE STEWART,
GORDON WATTERS, STEVE BLEVINS,
DONALD BAILEY, TERRY WINTERS,
CARL SOBIERALSKI, AS-YET
UNIDENTIFIED MUNCIE POLICE
OFFICERS, AND AS-YET
UNIDENTIFIED EMPLOYEES OF THE
INDIANA STATE POLICE CRIME LAB,
    Defendants.

## MOTION TO WITHDRAW APPEARANCE

Comes now Scott E. Shockley of DeFur Voran LLP, and moves the Court for leave to withdraw his appearance on behalf of Defendant Carl Sobieralski for the reason that his appearance for this Defendant was in error.

                                                     DEFUR VORAN LLP

                                                     BY/s/   Scott E. Shockley

                                                     Scott E. Shockley #2153-18
                                                     400 S. Walnut Street Suite 200
                                                     Muncie, IN 47305
                                                     Telephone: 765-288-3651
                                                     Facsimile: 765-288-7068
                                                     E-mail: sshockley@defur.com

# CERTIFICATE OF SERVICE

I certify that on this 13th day of May, 2019 a copy of this Motion was served electronically by the Court's electronic filing service on:

Arthur Loevy
Danielle O. Hamilton
Heather Lewis Donnell
Jonathan I. Loevy
LOEVY & LOEVY
311 North Aberdeen 3rd Floor
Chicago, IL 60607

Byron D. Knight
Elizabeth A. Knight
Joseph W. Smith
Katlyn M. Christman
KNIGHT HOPPE KURNIK & KNIGHT LTD
833 W. Lincoln Highway, Suite 340E
Schererville, IN 46375

Bryan Findley
Mollie Ann Slinker
INDIANA ATTORNEY GENERAL
302 West Washington Street
Indiana Government Center South, Fifth Floor
Indianapolis, IN 46204

/s/ Scott E. Shockley
Scott E. Shockley