IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WILLIAM BARNHOUSE,
      Plaintiff,                          CASE NO. 1:19-cv-00958-TWP-DLP

v.

CITY OF MUNCIE,
FONDA KING, STEVE STEWART,
GORDON WATTERS, STEVE BLEVINS,
DONALD BAILEY, TERRY WINTERS,
CARL SOBIERALSKI, AS-YET
UNIDENTIFIED MUNCIE POLICE
OFFICERS, AND AS-YET
UNIDENTIFIED EMPLOYEES OF THE
INDIANA STATE POLICE CRIME LAB,
      Defendants.

## ORDER

Comes now Scott E. Shockley of DeFur Voran LLP, and files is Motion to Withdraw Appearance, and the Court being duly advised in the premises finds that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Scott E. Shockley is granted leave to withdraw his appearance as counsel for Defendant, Carl Sobieralski.

Dated:

                                                                   _____
                                                                    JUDGE, UNITED STATES DISTRICT COURT

*Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system*