1200/18-7152.S/kmc/bja

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BARNHOUSE, )<br>        Plaintiff, )<br>     v. )<br>)<br>CITY OF MUNCIE, FONDA KING, STEVE )<br>STEWART, GORDON WATTERS, OFFICER )<br>TODD, STEVE BLEVINS, DONALD )<br>BAILEY, TERRY WINTERS, CARL )<br>SOBIERALSKI, AS-YET UNIDENTIFIED )<br>MUNCIE POLICE OFFICERS, and AS-YET )<br>UNIDENTIFIED EMPLOYEES OF THE )<br>INDIANA STATE POLICE CRIME LAB, )<br>        Defendants. ) | Cause No.: 1:19-CV-00958-TWP-DLP |

**DEFENDANTS, CITY OF MUNCIE, FONDA KING, STEVE
STEWART, GORDON WATTERS, OFFICER TODD, STEVE BLEVINS,
DONALD BAILEY, AND TERRY WINTERS' PARTIAL MOTION TO DISMISS**

COMES NOW, the Defendants, CITY OF MUNCIE, FONDA KING, STEVE STEWART, GORDON WATTERS, OFFICER TODD, STEVE BLEVINS, DONALD BAILEY and TERRY WINTERS, by and through their attorneys, KATLYN M. CHRISTMAN (#34670-64) and ELIZABETH A. KNIGHT (#11865-45) of KNIGHT, HOPPE, KURNIK & KNIGHT, LTD., and respectfully move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to grant these Defendants' Partial Motion to Dismiss. In support thereof, these Defendants state as follows:

1. On March 7, 2019, Plaintiff filed his Complaint against the above-named Defendants arising out of his conviction, the Court vacating the conviction, and the dismissal of the cause of action. [DE #1].

1

2. A plaintiff must plead sufficient factual matter that, if accepted as true, will state a claim for "relief that is plausible on its face" under Federal Rule of Civil Procedure 8. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

3. If a complaint fails to state a claim upon which relief may be granted it will be dismissed. Fed. R. Civ. P. 12(b)(6).

4. "Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *Iqbal*, 556 U.S. at 678.

5. Count I of the Complaint fails to state a claim as to Defendant Officers King, Stewart, Watters, Todd, and Blevins because of the absence of any allegations establishing personal involvement of these Defendants in the alleged fabrication of evidence.

6. Plaintiff fails to state a claim as to Count II of the Complaint because exculpatory evidence was not concealed from Plaintiff and the duty to disclose the identification procedure used was not clearly established such that the Defendant Officers are entitled to qualified immunity.

7. Count III fails to state claim because a malicious prosecution claim is not cognizable under Section 1983 and the right to be free from prosecution without probable cause was not clearly established and the Defendant Officers are entitled to qualified immunity.

8. Plaintiff fails to state a claim of liberty deprivation without probable cause in Count IV because such claim is time-barred, probable cause existed so as to defeat this claim, and the Defendant Officers are otherwise entitled to qualified immunity.

9. Count VI fails to state a claim of failure to intervene because Plaintiff does not allege any facts that could plausibly suggest that there was a realistic opportunity to intervene and the Defendant Officers are otherwise entitled to qualified immunity.

10. Plaintiff fails to state a claim as to Count VII because threadbare recitals of the cause of action are not sufficient to state a claim under *Monell*.

11. Count VIII fails to state a claim because vicarious liability is not cognizable under the Rehabilitation Act.

12. The Defendant Officers cannot be held liable in their individual capacities for Plaintiff's state law claims asserted in Counts IX, X, and XII because Plaintiff alleges that their actions took place within the scope of their employment.

13. Plaintiff's state law claims in Counts IX through XIII are barred under the Indiana Tort Claims Act or because of the Court's lack of subject matter jurisdiction.

WHEREFORE, for the foregoing reasons, and the reasons set forth in DEFENDANTS, CITY OF MUNCIE, FONDA KING, STEVE STEWART, GORDON WATTERS, OFFICER TODD, STEVE BLEVINS, DONALD BAILEY, AND TERRY WINTERS' Memorandum of Law contemporaneously filed within, these Defendants respectfully request that this Court grant their Partial Motion to Dismiss and/or for any other relief deemed just and proper in the premises.

Respectfully submitted,

/s/ Katlyn M. Christman
KATLYN M. CHRISTMAN (#34670-64)

/s/ Elizabeth A. Knight
ELIZABETH A. KNIGHT (#11865-45)

**KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.**
Attorney for Defendants, CITY OF MUNCIE, FONDA KING, STEVE STEWART, GORDAN WATTERS, OFFICER TODD, STEVE BLEVINS, DONALD BAILEY and TERRY WINTERS
833 West Lincoln Highway, Suite 340E
Schererville, IN  46375
219/322-0830; FAX: 219/322-0834
Email:  Kchristman@khkklaw.com; Eknight@khkklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2019, the foregoing **DEFENDANTS, CITY OF MUNCIE, FONDA KING, STEVE STEWART, GORDON WATTERS, OFFICER TODD, STEVE BLEVINS, DONALD BAILEY, AND TERRY WINTERS' PARTIAL MOTION TO DISMISS** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

- **Katlyn M. Christman**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  kchristman@khkklaw.com,balexander@khkklaw.com
- **Heather Lewis Donnell**
  LOEVY & LOEVY
  heather@loevy.com,heather.lewis@aya.yale.edu,israa@loevy.com
- **Bryan Findley**
  INDIANA ATTORNEY GENERAL
  Bryan.findley@atg.in.gov,jamie.dingo@atg.in.gov
- **Danielle O. Hamilton**
  LOEVY & LOEVY
  hamilton@loevy.com,tierra@loevy.com
- **Byron D. Knight**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  bknight@khkklaw.com
- **Elizabeth A. Knight**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  eknight@khkklaw.com,kmeyer@khkklaw.com
- **Arthur Loevy**
  LOEVY & LOEVY
  arthur@loevy.com,docket@loevy.cim,jon@loevy.com
- **Jonathan I. Loevy**
  LOEVY & LOEVY
  jon@loevy.com,docket@loevy.com
- **Mollie Ann Slinker**
  INDIANA ATTORNEY GENERAL
  Mollie.slinker@atg.in.gov,elizabeth.walpole@atg.in.gov
- **Joseph W. Smith**
  KNIGHT HOPPE KURNIK & KNIGHT LTD (Schererville)
  jsmith@khkklaw.com, Dbotma@khkklaw.com

**Manual Notice:**
None.

/s/ Katlyn M. Christman

/s/ Elizabeth A. Knight

19-06-10 Partial MTD 7152