# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BARNHOUSE, | ) |
| | ) |
| *Plaintiff*, | ) No. 1:19-cv-958-TWP-DLP |
| | ) Hon. Tanya Walton Pratt |
| v. | ) Hon. Doris L. Pryor |
| | ) |
| CITY OF MUNCIE, FONDA KING, STEVE STEWART, GORDON WATTERS, OFFICER TODD, STEVE BLEVINS, DONALD BAILEY, TERRY WINTERS, CARL SOBIERALSKI, AS-YET UNIDENTIFIED MUNCIE POLICE OFFICERS, and AS-YET UNIDENTIFIED EMPLOYEES OF THE INDIANA STATE POLICE CRIME LAB, | ) ) ) ) ) ) ) JURY TRIAL DEMANDED |
| *Defendants*. | |

## PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

Plaintiff William Barnhouse hereby gives notice that on June 13, 2019 he served his initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), on all counsel of record by electronic mail and US mail.

/s/ Danielle Hamilton
Attorneys for Plaintiff

Jon Loevy
Arthur Loevy
Heather Lewis Donnell
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Danielle Hamilton, an attorney, hereby certify that on June 13, 2019, I served the foregoing pleading on all counsel of record listed below, via CM/ECF.

/s/ Danielle Hamilton
*One of Plaintiff's Attorneys*

**Counsel for Defendant Sobieralski**
Mollie A. Slinker
Bryan R. Findley
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 233-0878
Fax: (317) 232-7979
mollie.slinker@atg.in.gov
bryan.findley@atg.in.gov

**Counsel for Defendants City of Muncie, King, Stewart, Todd, Blevins, Bailey, Winters, and Watters**
Elizabeth A. Knight
Byron D. Knight
Katlyn M. Christman
Joseph W. Smith
Knight, Hoppe, Kurnik & Knight, Ltd.
833 W. Lincoln Highway, Suite 340E
Schererville, IN 46375
Phone: (219) 322-0830
Fax: (219) 322-0834
eknight@khkklaw.com
bknight@khkklaw.com
kchristman@khkklaw.com
jsmith@khkklaw.com

Scott E. Shockley
400 S. Walnut St. Suite 200
Muncie, IN 47305
Phone: 765-288-3651
Fax: 765-288-7068
sshockley@defur.com