IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM BARNHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-958-TWP-DLP |
| | ) | Hon. Tanya Walton Pratt |
| v. | ) | Hon. Doris L. Pryor |
| | ) | |
| CITY OF MUNCIE, FONDA KING, STEVE STEWART, GORDON WATTERS, OFFICER TODD, STEVE BLEVINS, DONALD BAILEY, TERRY WINTERS, CARL SOBIERALSKI, AS-YET UNIDENTIFIED MUNCIE POLICE OFFICERS, and AS-YET UNIDENTIFIED EMPLOYEES OF THE INDIANA STATE POLICE CRIME LAB, | ) ) ) ) ) ) ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | | |

## PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Plaintiff William Barnhouse, by counsel, herby submits his initial preliminary witness and exhibit lists:

**A. Plaintiff's preliminary witnesses and categories of witnesses are:**

1. Plaintiff William Barnhouse
2. Jo Ellen Blevins
3. Ovia Blevins
4. Jo Ellen Blevins, Jr.
5. Members of the family of Plaintiff
6. Friends of Plaintiff
7. Fonda King
8. Steve Stewart
9. Gordon Watters
10. Joseph Todd
11. Steve Blevins
12. Donald Bailey

13. Terry Winters
14. Carl Sobieralski
15. Jack Quirk
16. Kelly N. Bryan
17. Jeffrey Arnold
18. Pamela Carter
19. Eric Hoffman
20. P.L.
21. Phyllis Johnson
22. Dr. Miller (FNU)
23. Dr. Frank Krause
24. Dr. John Yarling
25. Frances Watson
26. Seema Saifee
27. Dr. Scott Wagner
28. Dr. Frederic Whitehurst
29. Personnel of the City of Muncie
30. Personnel of the Muncie Police Department
31. Personnel of the Delaware County Prosecutor's Office
32. Personnel of the Indiana State Police Crime Lab
33. Personnel of Pathologists Associated
34. Personnel of Bode Cellmark
35. Current or former attorneys for Plaintiff
36. All individuals identified by Plaintiff in his Rule 26(a)(1) initial disclosures or any supplements thereto.
37. All individuals identified by Defendants in their Rule 26(a)(1) initial disclosures or any supplements thereto.
38. All individuals who receive any subpoena to testify or subpoena *duces tecum* during discovery in this matter.
39. All individuals appearing in any document produced in this matter.

40. Record keepers of any of the entities or individuals above

**B. Plaintiff's preliminary exhibits and categories of exhibits are:**

1. All police reports of the Muncie Police Department or any other law enforcement agency regarding any arrests, prosecutions, and convictions of William Barnhouse.
2. All documents maintained by any law enforcement agency, including but not limited to the City of Muncie and the Delaware County Prosecutor's Office, related to the investigation of the rape of P.L.
3. All audio, video, or physical evidence relating to the investigation of the rape of P.L.
4. All documents related to the conviction of Plaintiff for the rape of P.L.
5. All training records of, disciplinary records of, and citizen complaints against any of the Defendants.
6. News articles relating to the rape of PL.
7. New articles related to the conviction of Plaintiff for the rape of P.L.
8. News articles relating to exoneration of Plaintiff for the rape of P.L.
9. All records relating to William Barnhouse in the possession of Plaintiff or his family.
10. All records relating to William Barnhouse in the possession of any Defendant.
11. All medical records of Plaintiff.
12. All education records of Plaintiff.
13. All Indiana Department of Corrections records of Plaintiff.
14. All documents in the criminal defense file of Plaintiff's criminal defense lawyer in the underlying criminal proceeding.
15. All documents in the post-conviction file of Plaintiff's post-conviction attorneys, including post-conviction pleadings.
16. Transcripts and Records on Appeal from Plaintiff's criminal case as well as the records on appeal.
17. All pleadings filed in this case.

18. All documents produced by the Defendants.
19. All documents identified in any party's Rule 26 (a) (1) disclosure.
20. All documents produced by the City of Muncie.
21. All documents produced by the Muncie Police Department.
22. All documents produced by the Indiana State Police Crime Lab.
23. All documents produced by Pathologists Associated.
24. All documents produced by Bode Cellmark.
25. All exhibits identified any of the Defendants.
26. All documents necessary for impeachment or rebuttal.
27. All documents that may be used in any deposition in this matter.
28. All documents that may be produced by any third party in response to a request made or subpoena served in this matter.
29. All video or audio recorded statements and depositions of any individual with knowledge relating to this matter.
30. All documents and discovery produced by Plaintiff.
31. All documents and discovery produced by Defendants.
32. Records of any of the entities or witnesses identified above that are produced during discovery.
33. All documents, writings, identified in the disclosures of any party.
34. All documents located through further investigation and discovery.

        Respectfully Submitted,

        /s/ Danielle Hamilton

        Jon Loevy
        Arthur Loevy
        Heather Lewis Donnell
        Danielle Hamilton
        LOEVY & LOEVY
        311 North Aberdeen, 3rd Floor
        Chicago, IL 60607
        (312) 243-5900
        *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, Danielle Hamilton, an attorney, hereby certify that on June 21, 2019, I served the foregoing pleading on all counsel of record listed below, via CM/ECF.

/s/ Danielle Hamilton
*One of Plaintiff's Attorneys*

**Counsel for Defendant Sobieralski**
Mollie A. Slinker
Bryan R. Findley
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 233-0878
Fax: (317) 232-7979
mollie.slinker@atg.in.gov
bryan.findley@atg.in.gov

**Counsel for Defendants City of Muncie, King, Stewart, Todd, Blevins, Bailey, Winters, and Watters**
Elizabeth A. Knight
Byron D. Knight
Katlyn M. Christman
Joseph W. Smith
Knight, Hoppe, Kurnik & Knight, Ltd.
833 W. Lincoln Highway, Suite 340E
Schererville, IN 46375
Phone: (219) 322-0830
Fax: (219) 322-0834
eknight@khkklaw.com
bknight@khkklaw.com
kchristman@khkklaw.com
jsmith@khkklaw.com

Scott E. Shockley
400 S. Walnut St. Suite 200
Muncie, IN 47305
Phone: 765-288-3651
Fax: 765-288-7068
sshockley@defur.com