UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BARNHOUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-00958-TWP-DLP |
| | ) |
| CITY OF MUNCIE, | ) |
| FONDA KING, | ) |
| STEVE STEWART, | ) |
| GORDON WATTERS, | ) |
| TODD, | ) |
| STEVE BLEVINS, | ) |
| DONALD BAILEY, | ) |
| TERRY WINTERS, | ) |
| CARL SOBIERALSKI, | ) |
| AS-YET UNIDENTIFIED MUNCIE | ) |
| POLICE OFFICERS, | ) |
| AS- YET UNIDENTIFIED EMPLOYEES | ) |
| OF THE INDIANA STATE POLICE | ) |
| CRIME LAB, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT**

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Dkt. 71). The Court, having fully reviewed the matter, now **GRANTS** said motion. The Plaintiff is ordered to file the Amended Complaint within 3 days.

So ORDERED.

Date: 7/29/2019

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email