## IN THE DELAWARE CIRCUIT COURT 2

WILLIAM BARNHOUSE, )
         Movant, )
v. ) Cause No. 18D02-9204-CF-46
STATE OF INDIANA, )
         Respondent. )

DELAWARE CIRCUIT COURT NO 2
DELAWARE CO., IN. INDIANA
JAN 2 [illegible]
Kimberly A. [illegible]

### POST-CONVICTION DNA TESTING AGREEMENT AND INSTRUCTIONS TO TESTING LABORATORY

1. The Defendant in this case is considering whether to file a petition for post-conviction relief pursuant to Indiana Code § 35-38-7-5. Before deciding whether to file such a petition, the Defendant seeks to test various evidentiary items for the presence of DNA as such a test was not available at the time of trial in this cause.

2. By agreement of the Innocence Project and the Delaware County Prosecutor's Office, the following evidence, confirmed to be in the possession of the Delaware Circuit Court 2, shall be sent to Bode Cellmark Forensics ("Bode") for post-conviction DNA testing:

    a. State's Exhibit 3 (black jeans of victim)

    b. State's Exhibit 4 (rape kit of victim)

3. The evidence shall be delivered, within 14 days of this agreement, via Federal Express, to the following address: ATTN: EVIDENCE DEPARTMENT, Bode Cellmark Forensics, 10430 Furnace Road, Suite 107, Lorton, VA 22079.

4. A representative of the Muncie Police Department will properly package, label and ship the evidence in a scientifically acceptable manner designed to protect the chain of custody of the evidence and to ensure that the evidence is not damaged during transit.

5. Any existing documentation relating to previous testing or analysis conducted by the Indiana State Police Crime Lab will be forwarded to Bode along with the evidence.

6. Upon receipt, Bode shall inventory and photograph the evidence. Before any quantitation or testing begins, Bode shall have a phone call with counsel for


DEFENDANT'S EXHIBIT E

William Barnhouse, Seema Saifee, ssaifee@innocenceproject.org; tel. (212) 364-5982 and Eric Hoffman, Delaware County Prosecutor's Office, ehoffman@co.delaware.in.us; tel. 765-747-7801 ext. 348, to discuss the case and the DNA testing being requested.

7. Testing at Bode will proceed in two stages. In the first stage, Bode shall test only the crime scene evidence and, depending on the results of the testing, the victim's reference sample. At the conclusion of testing Bode shall issue a report with the results of testing. The report shall be delivered, by e-mail and hard copy, simultaneously to both parties.

8. If Bode obtains a male DNA profile as a result of the testing of the crime scene evidence, the parties will arrange to collect a buccal swab reference sample from Mr. Barnhouse. Specifics regarding the time, place and personnel who will collect this reference sample will be agreed to by the parties at a later date. The reference sample shall be separately shipped, by Federal Express, to Bode.

9. In the second stage, Bode shall perform DNA testing on Mr. Barnhouse's reference sample and issue a report containing the results of this testing and the comparison of Mr. Barnhouse's profile to the profile(s) obtained from the crime scene evidence. The report shall be delivered, by e-mail and hard copy, simultaneously to both parties.

10. Bode shall submit any NDIS eligible profiles developed from the crime scene evidence to the Indiana State Police Crime Laboratory for review for CODIS entry.

11. Bode will not unnecessarily consume any evidence samples and will attempt to preserve all portions of each sample for which consumption is not scientifically necessary.

12. Upon request, Bode will provide the parties with the underlying data from its testing, such as the electronic data, bench notes, worksheets, electropherograms, photographs, and any other documentation that relates to the testing conducted.

13. The Innocence Project shall bear all costs of testing the evidence and reference samples, including any administrative and/or incidental costs of shipping and receipt.

14. If, after completion of the testing, either party desires to examine or test items not contemplated in this order, such testing shall proceed by further written agreement of the parties or by court order.

2

William Barnhouse vs. State of Indiana Page 3
18D02-9204-CF-46

| Attorney for the State: | Attorney for the Defendant: |
|---|---|
| *signature* | *signature* |
| Eric Hoffman 24232-18 | Frances Watson 8532-49 |
| Chief Deputy Prosecutor | 530 W. New York Street |
| 46th Judicial Circuit of Indiana | Indianapolis, IN 46202 |
| 1/21/16 | 1/21/06 |
| Date | Date |

SO APPROVED AND ORDERED THIS 22nd DAY OF January, 2016.

*signature*
KIMBERLY DOWLING, JUDGE
DELAWARE CIRCUIT COURT NO. 2

3