| | | |
|---|---|---|
| STATE OF INDIANA | ) | |
| | ) SS: | IN THE DELAWARE CIRCUIT COURT 2 |
| COUNTY OF DELAWARE | ) | |

| | | |
|---|---|---|
| STATE OF INDIANA, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | Cause No. 18D02-9204-CF-46 |
| WILLIAM E. BARNHOUSE, | ) | |

## ORDER VACATING CONVICTIONS AND GRANTING NEW TRIAL

This matter is before the Court on a certain Joint Motion for New Trial and being duly advised in the premises now finds that the Motion is well taken and should be GRANTED.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** by the Court that that the previously-entered Judgments of Conviction and sentence to the Indiana Department of Corrections on all counts in this cause are hereby VACATED. As a result, Indiana Department of Corrections no longer has jurisdiction over Defendant William Barnhouse. Accordingly, the Court hereby reinstates the Defendant's plea of Not Guilty that had been previously entered at the initial hearing.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** that the Sheriff of Delaware County hereby immediately release Mr. Barnhouse forthwith in accordance with the Order on Joint Motion for Release entered simultaneously with this Order.

SO APPROVED AND ORDERED THIS 8th DAY OF March, 2017.

KIMBERLY DOWLING, JUDGE
DELAWARE CIRCUIT COURT NO. 2



DEFENDANT'S EXHIBIT G

Distribution:

Prosecutor

Defense Counsel

Clerk

Indiana Department of Correction

Indiana State Police Central Repository