| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DELAWARE CIRCUIT COURT NO. 2 |
| | ) SS: | |
| COUNTY OF DELAWARE | ) | CAUSE NUMBER: 18D02-9204-CF-46 |

STATE OF INDIANA )
)
VS )
)
WILLIAM BARNHOUSE )

### ORDER ON MOTION TO DISMISS

COMES NOW the State of Indiana, by counsel Eric M. Hoffman, and having filed its Motion to Dismiss, and the Court, having read and examined said Motion and having been duly advised in the premises, now finds that said Motion should be and hereby is GRANTED.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** by the Court that the above-entitled cause of action be DISMISSED without prejudice.

SO ORDERED this ___ day of __May 10, 2017__, 2017.

_Kimberly S Dowling_
KIMBERLY S. DOWLING, JUDGE
DELAWARE CIRCUIT COURT NO. 2

DISTRIBUTION:

Eric Hoffman

Seema T. Saifee

Frances Watson

