```
                                    FILED
STATE OF INDIANA    DELAWARE SUPERIOR COURT 2   IN THE DELAWARE COUNTY COURT SYSTEM
                    DELAWARE COUNTY, INDIANA
COUNTY OF DELAWARE ) NOV 3 0 1992        1992 TERM
                    ) SS:
STATE OF INDIANA            Richard O. Dailey          CAUSE NO: 18D02-9204-CF-46
                                 JUDGE
  VS.

WILLIAM E. BARNHOUSE               MOTION TO SUPPRESS #2
```

Comes now William E. Barnhouse, by counsel, Jack Quirk, Public Defender, and files this Motion to Suppress as follows:

1. That he is the defendant in this cause of action.

2. That the defendant was arrested and held several miles from the scene of a crime.

3. That the agents of the State allowed the alleged victim to view the defendant by himself and without any benefit of any safeguards.

4. That all testimony regarding identification should be excluded at trial because the pre-trial identification procedure was tainted by its agent of the State.

WHEREFORE, the defendant prays that the Court grant this motion and exclude all testimony concerning identification at trial, and for all other relief just and proper.

_____
Jack Quirk
Public Defender

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Suppress #2 has been furnished to the Prosecutor's Office of Delaware County on or before the filing thereof.

DATED this 30th day of December, 1992.

_____
Jack Quirk
Attorney at Law

*Hearing - December 3, 1992 at 9:30 A.M*

DEFENDANT'S EXHIBIT J