STATE OF INDIANA ) IN THE DELAWARE SUPERIOR COURT NO. 2
) SS:
COUNTY OF DELAWARE ) TERM: 1992

CAUSE NO. 18D02-9204-CF-46

STATE OF INDIANA

VS

WILLIAM BARNHOUSE

Comes now the State of Indiana by Jeff Arnold, Deputy Prosecutor, and comes now the defendant William Barnhouse, in person and without counsel for initial hearing. Court advises defendant of: (1) pertinent constitutional and statutory rights; (2) nature and character of charge herein; (3) penalties provided upon conviction. Defendant requests Public Defender. Defendant found entitled to Public Defender and Delaware County Public Defender Office is ordered to have Jack Quirk represent defendant herein. Court now enters informal plea of not guilty herein to Rape, Class A Felony, which plea will become formal after 20 days unless defendant's counsel desires to plead otherwise within said time. Omnibus date and pre-trial conference set for June 25, 1992, at 1:30P.M. Trial by jury set for August 31, 1992, at 9:00A.M. Defendant remanded to the Delaware County Jail or any other secure facility for adults that does not violate the Federal Court orders in the case of Michael Dunn et al. v. James P. Carey et al. IP-78-108C. ps

DATED: April 23, 1992.

JAMES J. JORDAN, JUDGE PRO TEM
DELAWARE SUPERIOR COURT 2

DEFENDANT'S EXHIBIT