```
STATE OF INDIANA     )
                     )SS:
COUNTY OF DELAWARE   )
```

IN THE DELAWARE SUPERIOR COURT NO. 2

TERM: 1992

CAUSE NO. 18D02-9204-CF-46

STATE OF INDIANA

VS

WILLIAM BARNHOUSE

ORDER

Comes now the State of Indiana by and through Jeff Arnold, Deputy Proseuctor for Richard Reed, Prosecutor, and comes now the defendant, William Barnhouse, in person and by counsel, Jack Quirk. Evidence is submitted to the Court and jury by the State and the State rests. Defendant moves for Directed Verdict. Motion overruled. Defendant rests, and that being all the evidence offered, cause concluded. Closing statements of counsel are heard and concluded. The Court reads it final instructions being numbered one (1) through twenty-five (25) and defendant's final instruction numbered one (1). The jury retires at 4:58P.M. to deliberate its verdict.

Comes now the jury by its Foreperson, Amos M. Rodgers, Jr. and renders its verdict at 6:30 P.M. as follows:

We, the Jury, find the defendant, William Barnhouse guilty but mentally ill on Count I, Rape, Class A Felony and Guilty but mentally ill on Criminal Deviate Conduct, Class A Felony, Count II.

Pre-sentence investigation ordered. Sentencing set for January 7, 1993, at 1:30 P.M. Defendant remanded. No bond.

DATED: DECEMBER 15, 1992.

*Richard A. Dailey* (signature)
RICHARD A. DAILEY, JUDGE
DELAWARE SUPERIOR COURT NO. 2



DEFENDANT'S EXHIBIT L