UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BARNHOUSE, ) | |
|     Plaintiff, ) | |
| v. ) | Cause No. 1:19-cv-958-TWP-DLP |
| ) | |
| CITY OF MUNCIE, *et al.*, ) | |
|     Defendants. ) | |

**CONSENT MOTION TO ENLARGE TIME TO FILE REPLY IN
SUPPORT OF MUNCIE DEFENDANTS' PARTIAL MOTION TO DISMISS**

Defendants CITY OF MUNCIE, FONDA KING, STEVE STEWART, GORDON WATTERS, JOSEPH TODD, STEVE BLEVINS, DONALD BAILEY and TERRY WINTERS (the "Muncie Defendants"), by and through one of their attorneys JOSEPH W. SMITH of KNIGHT, HOPPE, KURNIK & KNIGHT, LTD., and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Southern District of Indiana Local Rule 6-1(a), move to enlarge the time to file the reply in support of their Partial Motion to Dismiss Plaintiff's First Amended Complaint, and in support thereof state:

    1.    The Muncie Defendants filed their Partial Motion to Dismiss Plaintiff's First Amended Complaint on August 27, 2019.  *See* ECF #78, #79.

    2.    Plaintiff filed his response to the Muncie Defendants' Partial Motion to Dismiss on September 17, 2019.  *See* ECF #81.

    3.    Pursuant to Southern District of Indiana Local Rule 7-1(c)(2), the deadline for the Muncie Defendants to file a reply in support of their Partial Motion to Dismiss is September 24, 2019.

4. Due to the complexity of the legal issues involved in the Partial Motion to Dismiss and obligations in other matters, Defendants do not believe that they will be able to prepare a thoughtful and considered reply within the seven (7) days provided by the Local Rules.

5. Defendants therefore request an additional seven (7) days to file the reply in support of their Partial Motion to Dismiss, to and including October 1, 2019.

6. The undersigned has conferred with Counsel for Plaintiff concerning this motion. Plaintiff does not object to the relief requested herein.

WHEREFORE, Defendants City of Muncie, Fonda King, Steve Stewart, Gordon Watters, Joseph Todd, Steve Blevins, Donald Bailey, and Terry Winters pray the Court enter an Order enlarging the time to file the reply in support of their Partial Motion to Dismiss to and including October 1, 2019, and ordering such further relief as the Court deems just.

Respectfully submitted,

/s/ Joseph W. Smith
Joseph W. Smith

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorney for Defendants, CITY OF MUNCIE, FONDA KING, STEVE STEWART, GORDAN WATTERS, OFFICER TODD, STEVE BLEVINS, DONALD BAILEY and TERRY WINTERS
833 West Lincoln Highway, Suite 340E
Schererville, IN 46375
219/322-0830; FAX: 219/322-0834
Email: JSmith@khkklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 20th day of September 2019, the above and foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

- **Katlyn M. Christman** kchristman@khkklaw.com, balexander@khkklaw.com
- **Heather Lewis Donnell** heather@loevy.com, heather.lewis@aya.yale.edu, israa@loevy.com
- **Bryan Findley** Bryan.findley@atg.in.gov, jamie.dingo@atg.in.gov

- 3 -

- **Danielle O. Hamilton** hamilton@loevy.com, tierra@loevy.com
- **Byron D. Knight** bknight@khkklaw.com
- **Elizabeth A. Knight** eknight@khkklaw.com, kmeyer@khkklaw.com
- **Arthur Loevy** arthur@loevy.com, docket@loevy.cim, jon@loevy.com
- **Jonathan I. Loevy** jon@loevy.com, docket@loevy.com
- **Mollie Ann Slinker** Mollie.slinker@atg.in.gov, elizabeth.walpole@atg.in.gov
- **Joseph W. Smith** jsmith@khkklaw.com, Dbotma@khkklaw.com

**Manual Notice:**  None.

/s/ Joseph W. Smith

19-09-20 consent METF MTD reply 7152