UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BARNHOUSE, ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 1:19-cv-958-TWP-DLP |
| ) | |
| CITY OF MUNCIE, *et al.*, ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the Defendants City of Muncie, Fonda King, Steve Stewart, Gordon Watters, Joseph Todd, Steve Blevins, Donald Bailey, and Terry Winters' motion to enlarge the time to file the reply in support of their partial motion to dismiss the plaintiff's First Amended Complaint. Good cause having been shown, the Court find that the motion should be granted.

IT IS THEREFORE HEREBY ORDERED that the deadline for filing the reply in support of the Muncie defendants' partial motion to dismiss is extended to and including October 1, 2019.

Dated:_____          _____
                                 Magistrate Judge Doris L. Pryor
                                 Southern District of Indiana

**Distribution:**
To all ECF-registered counsel of record via ECF-generated email