UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BARNHOUSE, ) <br>     Plaintiff, ) <br>   v. ) <br> ) <br> CITY OF MUNCIE, FONDA KING, STEVE ) <br> STEWART, GORDON WATTERS, JOSEPH ) <br> TODD, STEVE BLEVINS, DONALD BAILEY, ) <br> TERRY WINTERS, CARL SOBIERALSKI, ) <br> AS-YET UNIDENTIFIED MUNCIE POLICE ) <br> OFFICERS, and AS-YET UNIDENTIFIED ) <br> EMPLOYEES OF THE INDIANA STATE ) <br> POLICE CRIME LAB, ) <br>     Defendants. ) | Cause No.: 1:19-CV-00958-TWP-DLP |

**<u>ORDER</u>**

THIS MATTER coming before the Court on the Parties' Joint Motion to Continue Trial Date.

IT IS HEREBY ORDERED that said Motion is GRANTED. The final pretrial set October 7, 2020 and the jury trial set November 2, 2020 are VACATED. The final pretrial is RESCHEDULED for <u>January 13, 2021 at 2:00 p.m.</u> in Room 330. The jury trial is RESCHEDULED to commence on <u>February 8, 2021 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

Date: 12/3/2019

                                                                                                  Hon. Tanya Walton Pratt, Judge
                                                                                                  United States District Court
                                                                                                  Southern District of Indiana

**Distribution:**
To all electronically registered counsel