INSD Change of Attorney Information (Rev. 2/16)

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

Submit by E-Mail

Save for E-Filing

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

[ ] I have **no pending cases** in the District Court for the Southern District of Indiana.

[✔] I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   ) 1:19-cv-00958-TWP-DLP
)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | Previous Information: | Current Information: |
|---|---|---|
| Name: | Byron D. Knight (#11885-45) |  |
| Law Firm, Company, and/or Agency: | Knight, Hoppe, Kurnik & Knight, LTD |  |
| Address: | 833 West Lincoln Highway, Suite 340E<br>Schererville, IN 46375-1648 | 233 East 84th Drive, Suite 301<br>Merrillville, IN 46410 |
| Primary E-mail: | Bknight@khkklaw.com |  |
| Secondary E-mail(s): |  |  |
| Telephone Number: | (219)322-0830 |  |
| Facsimile: | (219)322-0834 |  |

Date: 12/17/19

s/ Byron D. Knight

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.