1200/18-7152.S/kmc/bja

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BARNHOUSE,<br>       Plaintiff,<br>       v.<br><br>CITY OF MUNCIE, FONDA KING, STEVE STEWART, GORDON WATTERS, JOSEPH TODD, STEVE BLEVINS, DONALD BAILEY, TERRY WINTERS, CARL SOBIERALSKI, AS-YET UNIDENTIFIED MUNCIE POLICE OFFICERS, and AS-YET UNIDENTIFIED EMPLOYEES OF THE INDIANA STATE POLICE CRIME LAB,<br>       Defendants. | Cause No.: 1:19-CV-00958-TWP-DLP |

**JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES, CONTINUE SETTLEMENT CONFERENCE, AND CONTINUE TRIAL DATE**

COME NOW, the Plaintiff, WILLIAM BARNHOUSE, by and through his attorney, Danielle Hamilton, and the Defendants, CITY OF MUNCIE, FONDA KING, STEVE STEWART, GORDON WATTERS, JOSEPH TODD, STEVE BLEVINS, DONALD BAILEY, and TERRY WINTERS, by and through one of their attorneys, Katlyn M. Christman, and Defendant, CARL SOBIERALSKI, by and through his attorney, Bryan R. Findley, to jointly request the Court modify and extend the case management deadlines. In support thereof, the Parties state as follows:

1. Plaintiff initiated this lawsuit against the Defendants alleging constitutional violations stemming from his conviction for rape in 1992 and subsequent incarceration. [DE #73].

2. The current case management deadlines are as follows:

    a. Non-expert and liability discovery to be completed by April 6, 2020;

    b. Plaintiff's expert disclosures by April 6, 2020;

    c.     Statement of claims or defenses to be proven at trial by April 13, 2020;

    d.     Dispositive motion deadline by June 7, 2020

    e.     Defendants' expert disclosures by June 8, 2020;

    f.     Plaintiff's rebuttal expert witness disclosures by July 7, 2020;

    g.     Final witness and exhibit lists by August 6, 2020;

    h.     Expert witness discovery and damages discovery to be completed by September 7, 2020;

    i.     All remaining discovery to be completed by October 6, 2020; and

    j.     Deadline to limit or preclude expert testimony at trial by November 5, 2020.

3.     Thus far, the Parties have exchanged and have or will produce written discovery responses, subpoenaed records from third parties, including medical providers, INDOC, schools, the prosecutor's office, etc.

4.     Given the nature of Plaintiff's claims, discovery is necessarily targeted at documents and information from over twenty-five (25) years ago, which requires significant time and effort to search and/or locate said documents.

5.     In addition, the Parties have outstanding subpoenas from third parties and intend to subpoena additional records.

6.     As a result, the Parties are still in the written discovery phase and have not yet had the opportunity to progress into depositions.

7.     The Parties have tentatively scheduled the depositions of Defendants Carl Sobieralski, Fonda King, Steve Stewart, Joseph Todd, Steve Blevins, Terry Winters, and Donald Bailey to occur February 24-25, 2020 and March 3, 11-12, 2020.

8. There are multiple defendants in this case, as well as a considerable number of individuals with knowledge of Plaintiff and his claims, which will necessarily require additional time to accommodate the vast number of individuals the Parties intend to depose.

9. As such, the Parties respectfully request that the case management deadlines be extended by an additional hundred and twenty (120) days, making the new deadlines as follows:

    a. Non-expert and liability discovery to be completed by August 4, 2020;

    b. Plaintiff's expert disclosures by August 4, 2020;

    c. Statement of claims or defenses to be proven at trial by August 11, 2020;

    d. Dispositive motion deadline by October 5, 2020;

    e. Defendants' expert disclosures by October 6, 2020;

    f. Plaintiff's rebuttal expert witness disclosures by November 4, 2020;

    g. Final witness and exhibit lists by December 4, 2020;

    h. Expert witness discovery and damages discovery to be completed by January 5, 2021;

    i. All remaining discovery to be completed by February 3, 2021; and

    j. Deadline to limit or preclude expert testimony at trial by March 5, 2021.

10. The Parties request that the date of the settlement conference set for April 22, 2020 and all associated deadlines be vacated and extended at least an additional hundred and twenty (120) days as well, in accord with the new case management deadlines, the Court's schedule, and the Parties availability.

11. Jury trial is currently set for February 8, 2021, which will conflict with the proposed extension of deadlines requested above. The Parties respectfully request that the Court continue

the trial date to eight months after the proposed dispositive motion deadline of October 5, 2020. This would set the trial date to June 7, 2021.

WHEREFORE, counsel for the Parties, request that this Court grant this Joint Motion to Extend Case Management Deadlines, Continue Settlement Conference, and Continue Jury Trial to extend the applicable case management deadlines an additional hundred and twenty (120) days and/or for any relief deemed just and proper in the premises.

Respectfully Submitted,

| | |
|---|---|
| /s/ Danielle Hamilton | /s/ Katlyn M. Christman |
| Jon Loevy | Elizabeth A. Knight |
| Arthur Loevy | Byron D. Knight |
| Heather Lewis Donnell | Matthew B. Knight |
| Danielle Hamilton | Joseph W. Smith |
| LOEVY & LOEVY | Katlyn M. Christman |
| 311 N. Aberdeen St., 3rd Fl. | Knight, Hoppe, Kurnik & Knight, Ltd. |
| Chicago, IL 60607 | 233 E. 84th Drive, Suite 301 |
| Phone: (312) 243-5900 | Merrillville, IN 46410 |
| Fax: (312) 243-5902 | Phone: (219) 322-0830 |
| jon@loevy.com | Fax: (219) 322-0834 |
| arthur@loevy.com | Eknight@khkklaw.com |
| heather@loevy.com | Bknight@khkklaw.com |
| hamilton@loevy.com | Mknight@khkklaw.com |
| **Counsel for Plaintiff** | Jsmith@khkklaw.com |
| | Kchristman@khkklaw.com |
| | **Counsel for Defendants City of Muncie, King, Stewart, Watters, Todd, Blevins, Bailey and Winters** |

/s/ Bryan R. Findley
Bryan R. Findley
Mollie A. Slinker
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 233-0878
Fax: (317) 232-7979
bryan.findley@atg.in.gov
mollie.slinker@atg.in.gov
**Counsel for Defendant Sobieralski**

20-01-30 Jt Mot to Ext DDLs 7152