UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BARNHOUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:19-cv-00958-TWP-DLP |
| | ) |
| CITY OF MUNCIE, FONDA KING, | ) |
| STEVE STEWART, GORDON WATTERS, | ) |
| JOSEPH TODD, STEVE BLEVINS, | ) |
| DONALD BAILEY, TERRY WINTERS, | ) |
| CARL SOBIERALSKI, AS-YET | ) |
| UNIDENTIFIED MUNCIE POLICE | ) |
| OFFICERS, and AS-YET UNIDENTIFIED | ) |
| EMPLOYEES OF THE INDIANA STATE | ) |
| POLICE CRIME LAB, | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Non-Party, the State of Indiana Delaware County Prosecutor's Office.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

CURTIS T. HILL, Jr.
Indiana Attorney General
Attorney No. 13999-20

Dated: April 17, 2020     By:  Aleksandrina P. Pratt
Deputy Attorney General
Attorney No. 34377-49

OFFICE OF ATTORNEY GENERAL
302 West Washington St., IGCS – 5th Floor
Indianapolis, IN 46204-2770
Telephone:  (317) 232-4849
Facsimile:  (317) 232-7979
E-mail:  Aleksandrina.Pratt@atg.in.gov